# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER YOUNG, | No. CV 12-5492-PA (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN KNIPP, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: May 15, 2013

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE